*W. M. Dallas,* for plaintiff.  *J. R. Davis,* for defendant.

---

18035.   GIBSON *v.* MOTOR FINANCE COMPANY.

JENKINS, P. J.  The judgment of the court below, directing the sale of certain personalty levied upon under foreclosure proceedings unless the defendant execute a condemnation money bond therefor, is not such a final judgment as may be reviewed by writ of error. *Jones* v. *Martens-Turner Co.,* 106 *Ga.* 267 (32 S. E. 137); *Luke* v. *Gilley,* 18 *Ga. App.* 327 (89 S. E. 343).  Accordingly, the motion to dismiss the writ of error must prevail.

*Writ of error dismissed. Stephens and Bell, JJ., concur.*

DECIDED NOVEMBER 17, 1927.

Foreclosure, etc.; from Jackson superior court—Judge Stark. March 5, 1927.

*G. W. Westmoreland,* for plaintiff in error.  *Boyd Sloan,* contra.

Appeal and Error, 3 C. J. p. 552, n. 35 New.